# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE,

    Plaintiff,

                         Case No. 3:04-cv-258

                         District Judge Walter Herbert Rice

-vs-                        Chief Magistrate Judge Michael R. Merz

UNITED AIRLINES, INC., et al.,

    Defendants.

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #42), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 10, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendants' Motion for Summary Judgment be granted and the Complaint herein be dismissed with prejudice.

January 16, 2006.

                                                       Walter Herbert Rice
                                                       United States District Judge